JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINA BAY, individual,<br><br>   Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 2:17-CV-00414-R-AGR<br><br>**ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

  Based on the Parties' Stipulated Dismissal that has been submitted and signed by the respective attorneys for all parties in this action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT the above-captioned action be dismissed in its entirety but without prejudice and that each Party shall bear her/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 21, 2017

            HON. MANUEL L. REAL
            United States District Judge